ACCEPTED
15-25-00082-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/1/2025 5:26 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00082-CV

## In the Court of Appeals
## For the Fifteenth Judicial District
## Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/1/2025 5:26:33 PM
CHRISTOPHER A. PRINE
Clerk

STATE OF TEXAS

APPELLANT,

V.

ARITY 875, LLC,

APPELLEE.

_____

*On Appeal from the 457th Judicial District Court, Montgomery County*
*Trial Court Case No. 25-01-00561*

_____

**APPELLEE'S UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF**

_____

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellee, Arity 875, LLC ("Appellee"), pursuant to Rule 10.5(b) and 38.6(b), (d) of the Texas Rules of Appellate Procedure, files this unopposed first motion to extend the time to file Appellee's brief in the above-captioned appeal by 20 days. Appellee respectfully shows the Court the following:

1. Appellee's brief is currently due on July 15, 2025, as Appellant filed its opening brief on June 25, 2025. *See* Tex. R. App. P. 38.6(b).

2. This is Appellee's first request for an extension.

3. On May 27, 2025, this Court granted Appellant's unopposed motion to extend by 20 days the time to file Appellant's opening brief.

4. Counsel for Appellee conferred with Appellant's counsel regarding this motion via email on July 1, 2025, and Appellant's counsel confirmed on the same date that the motion is unopposed.

5. Appellee requests this extension to fully prepare its brief. This request is not made for the purpose of delay but to permit Appellee time to adequately prepare and submit a thorough brief that aids the Court; no party will be prejudiced if the motion is granted.

**PRAYER**

For these reasons, Appellee respectfully requests that its deadline to file its brief in the above-captioned appeal be extended by 20 days, through and including August 4, 2025, and requests all other relief to which Appellee may be justly entitled.

Dated: July 1, 2025

Respectfully submitted,

*/s/ W. Reid Wittliff*
W. Reid Wittliff
State Bar No. 00791951
reid@wittliffcutter.com
Wittliff | Cutter PLLC
510 Baylor St.
Austin, Texas 78703
Telephone:  (512) 960-4866
Facsimile:  (512) 960-4869

Jake Sommer
Kelsey Harclerode
ZwillGen PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone:  (202) 296-3585
jake@zwillgen.com
kelsey@zwillgen.com

Sudhir V. Rao
ZwillGen PLLC
183 Madison Ave., Suite 1504
New York, NY 10016
Telephone:  (646) 362-5590
sudhir.rao@zwillgen.com

**ATTORNEYS FOR APPELLEE**

**CERTIFICATE OF CONFERENCE**

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with Richard McCutcheon, attorney for Appellant, who indicated that this motion is unopposed.

/s/ *Sudhir V. Rao*
Sudhir V. Rao

**CERTIFICATE OF SERVICE**

I certify that on July 1, 2025, the foregoing was electronically served, via the Court's electronic filing system, on Appellant, by and through their attorneys:

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**JOHNATHAN STONE**
Chief, Consumer Protection Division

**RICK BERLIN** (TX Bar No. 24055161)
**RICHARD MCCUTCHEON** (TX Bar No. 24139547)
**MADELINE FOGEL** (TX Bar No. 24141985)
**DANIEL ZWART** (TX Bar No. 24070906)
**KAYLIE BUETTNER** (TX Bar No. 24109082)
**MEREDITH SPILLANE** (TX Bar No. 24131685)
Assistant Attorneys General
**OFFICE OF THE ATTORNEY GENERAL**
Consumer Protection Division
808 Travis Street, Suite 1520
Houston, Texas 77002
Tel: (713) 223-5886
Fax: (713) 223-5821
Rick.Berlin@oag.texas.gov
Richard.McCutcheon@oag.texas.gov

4

Madeline.Fogel@oag.texas.gov
Daniel.Zwart@oag.texas.gov
Kaylie.Buettner@oag.texas.gov
Meredith.Spillane@oag.texas.gov

**ATTORNEYS FOR APPELLANT, THE STATE OF TEXAS**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

William Wittliff on behalf of William Wittliff
Bar No. 00791951
reid@wittliffcutter.com
Envelope ID: 102667100
Filing Code Description: Motion
Filing Description: Appellee's Unopposed First Motion to Extend Time to File Appellees Brief
Status as of 7/2/2025 7:02 AM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rick Berlin | | Rick.Berlin@oag.texas.gov | 7/1/2025 5:26:33 PM | SENT |
| Daniel Zwart | | Daniel.Zwart@oag.texas.gov | 7/1/2025 5:26:33 PM | SENT |
| Kaylie Buettner | | Kaylie.Buettner@oag.texas.gov | 7/1/2025 5:26:33 PM | SENT |
| Zoann Willis | | zoann.willis@oag.texas.gov | 7/1/2025 5:26:33 PM | SENT |
| Meredith Spillane | | Meredith.Spillane@oag.texas.gov | 7/1/2025 5:26:33 PM | SENT |
| Zeilic Contreras | | Zeilic.Contreras@oag.texas.gov | 7/1/2025 5:26:33 PM | SENT |
| Carlos Fernandez | | Carlos.Fernandez@oag.texas.gov | 7/1/2025 5:26:33 PM | SENT |
| Madeline Fogel | | madeline.fogel@oag.texas.gov | 7/1/2025 5:26:33 PM | SENT |
| Richard RMcCutcheon | | richard.mccutcheon@oag.texas.gov | 7/1/2025 5:26:33 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan Hung | | johung@winston.com | 7/1/2025 5:26:33 PM | SENT |
| Eric Shinabarger | | EShinabarger@winston.com | 7/1/2025 5:26:33 PM | SENT |
| W. Reid Wittliff | | reid@wittliffcutter.com | 7/1/2025 5:26:33 PM | SENT |
| Jake Sommer | | jake@zwillgen.com | 7/1/2025 5:26:33 PM | SENT |
| Kelsey Harclerode | | kelsey@zwillgen.com | 7/1/2025 5:26:33 PM | SENT |
| Sudhir V. Rao | | sudhir.rao@zwillgen.com | 7/1/2025 5:26:33 PM | SENT |
| Sean Wieber | | swieber@winston.com | 7/1/2025 5:26:33 PM | SENT |
| Kevin Simpson | | kpsimpson@winston.com | 7/1/2025 5:26:33 PM | SENT |